IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTIAGO SOTO,

        Petitioner,

 v.

VICTOR ALMAGER, Warden,

        Respondent.
                                      /

No. CV-07-5970 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )** **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)** **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the instant petition is hereby DISMISSED without prejudice to petitioner's filing a new federal habeas petition once he has exhausted his state remedies.

Dated: January 4, 2008                                    Richard W. Wieking, Clerk

                                                                            By: Tracy Lucero
                                                                              Deputy Clerk