ORIGINAL

Soto Santiago
CDC# k-06764 C5 231
P.O BOX 921 centinela
Imperial, California 92251

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re SANTIAGO SOTO ESPINO
    Petitioner in Pro/Per.

No.# C-07-5970 (MMC) (PR)
MOTION TO WITHDRAW NOTICE OF APPEAL AND APPLICATION FOR CERTIFICATE OF APPEALABILITY

    On January 15, 2008; petitioner submitted a notice of appeal and an application for a certificate of appealability to appeal; the District Court judgment entered on January 04, 2008.

    On March 2008; attorney Keith A. Sugar informed petitioner that the litigation on the case is ongoing. And that the grounds of this case would be heard on the Santa Clara Superior Court.

    Petitioner's filing of this petition was done, due to the lack of information being provided by state court appointed attorney; and the apparent delay in the litigation of this case.

    Attorney Keith A. Sugar has finally informed petitioner the reasons for the delay. And based on this information petitioner chooses to withdraw the above notice for appeal and application for a certificate of appealability.

DATED: 03/20/2008                                   Respectfully submitted;

                                                                Soto Santiago

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, Santiago Soto Espino, declare:

I am over 18 years of age and a party to this action. I am a resident of Imperial County CENTINELA, CALIFORNIA STATE Prison, in the county of IMPERIAL, State of California. My prison address is: P.O BOX 921   K-06764 C5 231, P.O. BOX 921, 2302 BROWN ROAD, IMPERIAL CALIFORNIA 92251.

On March 20, 2008
(DATE)

I served the attached: Motion to withdraw application for a certificate of appealability.
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

Northern District Court
#450 Golden Gate Ave.
San Francisco, California 94102-3483

Attorney General Office
P.O BOX 944255
Sacramento, California 90262

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 03/20/2008
(DATE)

(DECLARANT'S SIGNATURE)

Civ-69 (Rev. 6/00)                                                    ::ODMA\PCDOCS\WORDPERFECT\22832\1

Soto Santiago
CDC# K-06764 C5-231
P.O BOX 921 CSP Centinela
Imperial, California 92251



GENERATED FROM
CENTINELA STATE PRISON

02 1A
0004365231
MAILED FROM ZIPCODE 92251

$ 00.41⁰
MAR 21 2008
PITNEY BOWES

NORTHERN DISTRICT COURT
(HABEAS CORPUS DIVISION)
450 GOLDEN GATE AVE.
SAN FRANCISCO, CALIFORNIA
ZIP CODE 94102-3483

9410213661 0004